**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**
**LELAND DRIVER**                                            **CASE NO.: 6:10-bk-07441**
    **Debtor(s),**                                                  **CHAPTER: 13**
_____/

**NOTICE OF DEBTOR'S CHANGE OF ADDRESS**

    **NOTICE IS HEREBY GIVEN** that the address of the Debtor (s), Leland Driver   ,   has changed immediately, as follows

| **Old Address** | **New Address** |
|---|---|
| Leland Driver | Leland Driver |
| 145 Oxford Road | 10000 Victoria Park LN Apt 10109 |
| Davenport, FL 33836 | Davenport, FL 33896 |

Respectfully submitted this 29th day of July 2010.

                                         //s// K. Hunter Goff _____
                                         K. HUNTER GOFF, P.A.
                                         K. Hunter Goff, Esq.  bar No.: 0240930

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Change of Address was sent by U.S. Mail to all addresses on the clerk's mailing list this 3rd day of August 2010.

                                         //s// K. Hunter Goff _____
                                           K. HUNTER GOFF, P.A.
                                           K. Hunter Goff, Esq.  Bar No.: 0240930
                                           1215 E.Livingston Street
                                           Orlando, FL 32803
                                           (407) 898-8225 Phone
                                           (407) 898-8226 Fax

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:10-bk-07441-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Jul 29 16:17:36 EDT 2010 | Bentley Oaks Subdivision HOA<br>645 Classic Ct #104<br>Melbourne, FL 32940-8286 | Carrington Mortgage Se<br>1610 E Saint Andrew Pl<br>Santa Ana, CA 92705-4931 |
| Carrington Mortgage Services, LLC<br>c/o Lawrence M. Weisberg, Esquire<br>21301 Powerline Road<br>Suite 100<br>Boca Raton, FL 33433-2389 | Carrington Mortgage Services, LLC<br>1610 East Saint Andrew Place, Suite B150<br>Santa Ana, CA 92705-4931 | Leland Driver<br>145 Oxford Road<br>Davenport, FL 33896-8892 |
| Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>P.O. Box 2104<br>Allen, TX 75013-9504 | Flagstar Bank<br>c/o Brad W. Hissing, Esq.<br>PO Box 800<br>Tampa, FL 33601-0800 |
| Flagstar Bank<br>Attn: Bankruptcy Dept MS-S144-3<br>5151 Corporate Dr<br>Troy, MI 48098-2639 | Flagstar Bank<br>c/o Brad Hissing, Esq.<br>POB 800<br>Tampa, FL 33601-0800 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| GE Money Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando FL 32896-0061 | Gemb/care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Gemb/walmart Dc<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 |
| K Hunter Goff<br>K Hunter Goff PA<br>1215 East Livingston Street<br>Orlando, FL 32803-5401 | Greenfield & Coomber<br>7000 W Palmetto Park Rd<br>Ste 402<br>Boca Raton, FL 33433-3425 | Harvesters Fcu<br>P O Box 5<br>Cantonment, FL 32533-0005 |
| Harvesters Federal Credit Union<br>c/o Elba N. Serrano-Torres<br>P.O. Box 4128<br>Tallahassee, FL 32315-4128 | Brad W. Hissing<br>Kass Shuler Solomon Spector Foyle et al<br>PO Box 800<br>Tampa, FL 33601-0800 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Joe G Tedder, CFC<br>Polk County Tax Collector<br>PO Box 2016<br>Bartow, Florida 33831-2016 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>Norfolk VA 23541-1067 | Elba N Serrano-Torres<br>Williams Gautier<br>Post Office Box 4128<br>Tallahassee, FL 32315-4128 |
| TransUnion<br>PO Box 1000<br>Chester, PA 19016-1000 | Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403-5609 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Lawrence Weisberg<br>Law Offices of Lawrence M Weisberg PA<br>21301 Powerline Road, Suite 100<br>Boca Raton, FL 33433-2389 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28